IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMUNITY ASSOCIATION UNDERWRITERS OF AMERICA, INC. A/S/O VLY POINTE CONDOMINIUM ASSOCIATION<br><br>**Plaintiff,**<br><br>-against-<br><br>HODOROWSKI HOMES, LLC; ADIRONDACK DEVELOPMENT GROUP, LLC; NORTH EAST FIRE PROTECTION SYSTEMS, INC.; ABC CORPORATIONS 1 THROUGH 10 (FICTITIOUS NAMES) XYZ PARTNERSHIPS 1 THROUGH 10 (FICTITIOUS NAMES) AND JOHN DOES 1 THROUGH 10 (FICTITIOUS NAMES)<br><br>**Defendants.** | Civil Action No: 1:17-cv-00328-FJS-DJS |

## NOTICE OF MOTION FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE that, upon the Affidavit of Jessica F. Napoli, Esquire dated June 14, 2017 and the affidavit of Daniel J. de Luca dated June 14, 2017, a motion will be made before this Court on a date to be decided for an Order pursuant to Local Rule 83.1(i), for admission of Daniel J. de Luca *pro hac vice* on behalf of Plaintiff, Community Association Underwriters of America, Inc. a/s/o Vly Pointe Condominium Association, and for such other and further relief as the Court may deem just and proper.

Dated:
    New York, NY

                                                 Respectfully Submitted,

                                                 **Clark & Fox**

By: _____
                                          Jessica F. Napoli, Esquire
                                          Attorneys for Plaintiff,
                                          Community Association Underwriters of America,
                                          Inc. a/s/o Vly Pointe Condominium Association
                                          404 5th Avenue, Third Floor
                                          New York, New York 10018
                                          jnapoli@clarkfoxlaw.com

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

---

IN THE MATTER OF THE APPLICATION OF       )
                                          )
      DANIEL J. de LUCA, ESQUIRE         )    **ORDER**
                                          )
                                          )
TO BE ADMITTED TO THE UNITED STATES       )
DISTRICT COURT FOR THE NORTHERN           )
DISTRICT OF NEW YORK                      )

---

       Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of

New York, _DANIEL J. de LUCA, ESQUIR_ is hereby accepted for

☐    Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒    Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of :
      COMMUNITY ASSOCIATION UNDERWRITERS OF AMERICA, INC. v. HODORWOSKI HOMES, LLC ET AL .

IT IS SO ORDERED

Dated : _____

                                                                         ☐ U.S. District Judge
                                                                         ☐ U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMUNITY ASSOCIATION UNDERWRITERS OF AMERICA, INC. A/S/O VLY POINTE CONDOMINIUM ASSOCIATION<br><br>**Plaintiff,**<br><br>-against-<br><br>HODOROWSKI HOMES, LLC; ADIRONDACK DEVELOPMENT GROUP, LLC; NORTH EAST FIRE PROTECTION SYSTEMS, INC.; ABC CORPORATIONS 1 THROUGH 10 (FICTITIOUS NAMES) XYZ PARTNERSHIPS 1 THROUGH 10 (FICTITIOUS NAMES) AND JOHN DOES 1 THROUGH 10 (FICTITIOUS NAMES)<br><br>**Defendants.** | Civil Action No: 1:17-cv-00328-FJS-DJS |

## SPONSOR'S AFFIDAVIT

STATE OF NEW YORK   )
                    S.S.:
COUNTY OF NEW YORK  )

Jessica F. Napoli, Esquire being duly sworn, deposes and says:

1. This affidavit is made pursuant to Local Rule 83.1(i), in support of the application for admission *pro hac vice* to the United States District Court for the Northern District of New York, of petitioner, Daniel J. de Luca, for purposes of representing Plaintiff, Community Association Underwriters of America, Inc.

2. I am an attorney with the law firm of Clark & Fox, 404 5th Avenue, Third Floor, New York, New York 10018

3. I am a resident of Kings County, New York.

3. I have been a member of good standing of the bar of the State of New York since 2006 and the United States District Court for the Northern District of New York since 2011.

4. The petitioner possesses the character, fitness and moral qualifications necessary to practice law before this Court.

**Clark & Fox**

By: _____
Jessica F. Napoli, Esquire
Attorneys for Plaintiff,
Community Association Underwriters of America,
Inc. a/s/o Vly Pointe Condominium Association
404 5th Avenue, Third Floor
New York, New York 10018
jnapoli@clarkfoxlaw.com

Sworn to before me this 15th
day of June, 2017.

_____
NOTARY PUBLIC

KEVIN J. BRASSIL
Notary Public, State of New York
Registration #01BR5018311
Qualified In New York County
Commission Expires Sept. 27, 2017

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION

OF

DANIEL J. de LUCA, ESQUIRE

: PETITION FOR
: ADMISSION TO PRACTICE

I, __DANIEL J. de LUCA, ESQUIRE__, being sworn, depose and say:

1. That I reside at __316 Powderhorn Road__, __Fort Washington__, __PA__ __19034__ and my office address is __Three Valley Square, Suite 220__, __Blue Bell__, __PA__ __19422__.

2. That I was admitted to practice in the courts of the State of __Pennsylvania__ on __12/15/1994__, by the _____ Department.

3. That I graduated from __Temple University's Beasley__ Law School on __1994__ after having completed the required courses of study.

4. That I have never been held in contempt of court, censured, suspended or disbarred by any court.[1]

5. That I am also admitted to practice in the following States, territories, districts, commonwealths or other courts of the United States:

| BAR | DATE |
|---|---|
| New Jersey | 12/19/1994 |
| USDC-EDPA | |
| | |
| | |

6. That I have read, and am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules and General Orders for the Northern District of New York; and the N.Y.S. Rules of Professional Conduct and will faithfully adhere thereto.

**WHEREFORE** it is respectfully requested that this court order that Petitioner, __DANIEL J. de LUCA, ESQUIRE__, be admitted to practice before the Bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this __23__, day of __June__, 20__17__.

PETITIONER

---

[1] *Discipline Orders issued by any Court prior to executing this Petition must be attached.*

Form Date: 5/10/2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NEW ATTORNEY E-FILING REGISTRATION FORM
**PLEASE TYPE**

This form is used for creating new accounts **(Newly Admitted Attorneys Only)** on the Court's Electronic Case Filing System(ECF).

First Name: Daniel        Middle Name: J

Last Name: de Luca        If appropriate, check one: Sr. ☐  Jr. ☐  II ☐  III ☐

Firm Name: de Luca/Levine

Firm Address: Three Valley Square
Suite 220

City: Blue Bell    State: PA    Zip Code: 19422

Firm Phone Number: (215) 383-0081    Direct Dial Number: (215) 278-4081

Fax Number: (215) 383-0082    Internet E-Mail Address: khartman@delucalevine.com

The following information must be completed by attorneys applying for admission and submitted with your petition:

TYPE OF ADMISSION APPLIED FOR:   ☐ PERMANENT   ☑ PRO-HAC VICE – Case Number Required: 17cv328(FJS)

By submitting this printed and signed form, I hereby agree to abide by all Court rules, orders, policies and procedures governing the use of the electronic filing system (CM/ECF). I also consent to service by electronic means in the circumstances permitted under those rules, orders, policies and procedures. I understand that the combination of user i.d. (Bar Roll #) and password will serve as my signature for filing documents pursuant to Rule 11 of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the Local Rules of this court. I agree to protect the security of my password and immediately notify the Clerk of Court if I suspect my password has been compromised. Also, as a participating attorney, I will promptly notify the Clerk of Court if there is a change in my personal data, such as name, e-mail address, firm address, telephone number, etc.

Attorney Signature: /s/ Daniel J. de Luca

Date: 06/23/2017

| COURT USE ONLY |
| --- |
| Assigned Bar Roll # |
| Receipt # |
| Date of Admission: __ / __ / __ |
| Revised: __ / __ / __  By: __ |

5/2006

AO 153 (Rev. 6/96)

| Name: LAST, | de Luca | FIRST | Daniel |
|---|---|---|---|

**OATH ON ADMISSION**

I, _____Daniel de Luca_____, DO SOLEMNLY SWEAR (OR AFFIRM) THAT AS AN ATTORNEY AND AS A COUNSELOR OF THIS COURT I WILL CONDUCT MYSELF UPRIGHTLY AND ACCORDING TO LAW, AND THAT I WILL SUPPORT THE CONSTITUTION OF THE UNITED STATES.

| DATE: 6/23/17 | SIGNATURE: /s/ Daniel J. de Luca | BAR I.D. NO. |
|---|---|---|

AO 153 (Rev. 6/96)

| FIRM NAME | TEL. NO. |
|---|---|
| de Luca/Levine | 2153830081 |

| FIRM ADDRESS |
|---|
| Three Valley Square, Suite 220 |

| CITY | STATE | ZIP CODE |
|---|---|---|
| Blue Bell | PA | 19422 |

**BELOW FOR OFFICE USE ONLY**

| SWORN AND SUBSCRIBED BEFORE ME, | DATE |
|---|---|
|  |  |

| ADMITTED ON MOTION OF: (Movant) |
|---|
|  |



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Daniel J. de Luca, Esq.

#### DATE OF ADMISSION

#### December 15, 1994

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: June 9, 2017

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **DANIEL JOSEPH DE LUCA**
*(No.* **038451994** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 19, 1994** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **8TH** *day of* **June** *, 20* **17.**

_____
*Clerk of the Supreme Court*

-453a-

AFFIDAVIT OF SERVICE

    KEVIN BRASSIL, being duly sworn, deposes and says: I am not a party to the within action; I am over 18 years of age; I reside in BERGEN COUNTY, NEW JERSEY.

    On June 15, 2017, I hereby certify that a true and correct copy of Plaintiff's Motion for Admission *Pro Hac Vice* was filed today utilizing the Court's CM/ECF System, which would thereby automatically notify the following CM/ECF participants:

Jonathan M. Bernstein, Esquire
Goldberg Segalla LLP
8 Southwoods Boulevard, Suite 300
Albany, NY 12211

Jeffrey T. Culkin, Esq.
Gialleonardo & Rayhill
Nationwide Trial Division - Albany
950 New Loudon Road Suite 200
Latham, New York 12110

_____
KEVIN BRASSIL

Sworn to before me this
15th day of June 2017.

_____
Notary Public

## Motions

1:17-cv-00328-FJS-DJS Community Association Underwriters of America, Inc. v. Hodorwoski Homes, LLC et al

MANDATORY-MEDIATION

## U.S. District Court

### Northern District of New York - Main Office (Syracuse) [LIVE - Version 6.1.1]

## Notice of Electronic Filing

The following transaction was entered by Napoli, Jessica on 6/15/2017 at 10:17 AM EDT and filed on 6/15/2017
**Case Name:**    Community Association Underwriters of America, Inc. v. Hodorwoski Homes, LLC et al
**Case Number:**    1:17-cv-00328-FJS-DJS
**Filer:**    Community Association Underwriters of America, Inc.
**Document Number:** 18

**Docket Text:**
**MOTION for Limited Admission Pro Hac Vice of Daniel J. de Luca Filing fee $100, receipt number 0206-4042367. filed by Community Association Underwriters of America, Inc.. Motions referred to Daniel J. Stewart. (Napoli, Jessica)**

**1:17-cv-00328-FJS-DJS Notice has been electronically mailed to:**

Jeffrey T. Culkin    culkinj@nationwide.com, gigliol@nationwide.com

Jessica Napoli    jnapoli@clarkfoxlaw.com, kbrassil@clarkfoxlaw.com, mfoster@clarkfoxlaw.com

Jonathan M. Bernstein    jbernstein@goldbergsegalla.com, clibertucci@goldbergsegalla.com

Philip A. Davolos , III    pdavolos@delucalevine.com, chuber@delucalevine.com, gavitello@delucalevine.com, jzielinski@delucalevine.com, ltrowery@delucalevine.com, philip.davolos@gmail.com, sbranson@delucalevine.com

Terence P. O'Connor    toconnor@1stlaw.com, hurley@oobf.com, knickerbocker@1stlaw.com, leroy@oobf.com, monserrate@1stlaw.com

**1:17-cv-00328-FJS-DJS Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051896954 [Date=6/15/2017] [FileNumber=3984319-0
] [bdcb6a2eec4d5186951440091515209605d7175a8e0f88b8cb0645ed19c18bdba24
20c04653cc424c3ec5277f6bbe96c604fd69f75f66c5a0888ab69a50ef471]]